UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| CAROL LEE MILLER and husband, ) | |
| DAN MILLER, ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:09-CV-173 |
| ) | (Phillips) |
| WAL-MART STORES EAST, LP ) | |
|     Defendant. ) | |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motion for summary judgment by defendant Wal-Mart Stores East LP. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendant's motion,

**IT IS ORDERED AND ADJUDGED** that the plaintiffs Carol Lee Miller and Dan Miller take nothing, that the action be **DISMISSED WITH PREJUDICE** on the merits, and that the defendant Wal-Mart Stores East, LP, recover of the plaintiffs its costs of action.

The final pretrial conference scheduled for July 3, 2012, and the trial scheduled for July 10, 2012 are **CANCELLED.**

Dated at Knoxville, Tennessee, this _____ day of October, 2011.

                                         s/ Patricia L. McNutt
                                         Clerk of Court